1  Z. Kathryn Branson, Bar No. 11540
   kbranson@littler.com
2  Kelsey E. Stegall, Bar No. 14279
   kstegall@littler.com
3  LITTLER MENDELSON, P.C.
   3960 Howard Hughes Parkway
4  Suite 300
   Las Vegas, Nevada  89169.5937
5  Telephone:    702.862.8800
   Fax No.:      702.862.8811
6
7  Attorneys for Defendant
   COX COMMUNICATIONS LAS VEGAS INC.
8
9                    UNITED STATES DISTRICT COURT

10                        DISTRICT OF NEVADA

11

12  GLORIA ANDERSON, an individual,          Case No. 2:22-cv-00838-CDS-NJK

13             Plaintiff,                     **STIPULATION AND ORDER TO
                                              CONTINUE EARLY NEUTRAL
        v.                                    EVALUATION SESSION**
14
    COX COMMUNICATIONS LAS VEGAS,            **[FIRST REQUEST]**
15  INC., a foreign corporation; DOES I through X;
    and ROE Corporations XI through XX,
16  inclusive,

17             Defendants.

18

19         Defendant COX COMMUNICATIONS LAS VEGAS INC. ("Cox" or "Defendant"), and

20  Plaintiff GLORIA ANDERSON ("Anderson" or "Plaintiff"), by and through their attorneys of record,

21  hereby stipulate and agree to continue the date for the Early Neutral Evaluation ("ENE") Session

22  presently schedule for June 22, 2022 at 10:00 a.m., before U.S. Magistrate Judge Cam Ferenbach,

23  (ECF No. 4), due to the unavailability of Defendant.

24         The parties are available and propose **August 15, 16, 18, or 19, 2022,** or any other dates

25  available on this Court's calendar after September 6, 2022. Defendant's counsel communicated with

26  the Court, and the Court indicated that it is not available until July 11, 2022, and after, and Plaintiff's

27  counsel are in trial the month of July and again beginning on August 22, 2022.  Because of this, these

28

LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169.5937
702.862.8800

1    dates are the earliest mutually agreeable dates for the parties in this matter to reschedule the Early

2    Neutral Evaluation.

3        The parties further request that the confidential written evaluation statement be due to

4    Magistrate Judge Ferenbach's chambers one week prior to the new date of the ENE Session.

5        This extension is sought in good faith and not for the purpose of delay.

6

7    Dated: June 8, 2022

8    GABROY LAW OFFICES                          LITTLER MENDELSON P.C.

9

10   /s/ Kaine Messer_____
     Christian Gabroy, Esq. (#8805)
11   Kaine Messer, Esq. (#14240)                 Z. Kathryn Branson (#11540)
     The District at Green Valley Ranch          Kelsey E. Stegall (#14279)
12   170 South Green Valley Parkway, #280        3960 Howard Hughes Parkway, #300
     Henderson, NV 89012                         Las Vegas, NV 89169
13   T: 702.259.7777                             T: 702.862.8800
     F: 702.259.7704                             F: 702.862.8811
14   christian@gabroy.com                        kbranson@littler.com
     kmesser@gabroy.com                          kstegall@littler.com
15
     Attorneys for Plaintiff
16   GLORIA ANDERSON                             Attorneys for Defendant
                                                 COX COMMUNICATIONS LAS VEGAS
17                                               INC.

18

19

20    IT IS HEREBY ORDERED that the
      Early Neutral Evaluation session
21    scheduled for June 22, 2022, is            **IT IS SO ORDERED.**
      RESCHEDULED to 10:00 AM,
22    August 15, 2022.  The confidential
      statement is due by 4:00 PM,
23    August 8, 2022.  All else as stated
      in ECF No. 4 remains unchanged.            _____
24                                               THE HONORABLE CAM FERENBACH
                                                 UNITED STATES MAGISTRATE JUDGE
25
                                                      6-14-2022
26                                               DATED: _____

27

28