1  Z. Kathryn Branson, Bar No. 11540
   kbranson@littler.com
2  Kelsey E. Stegall, Bar No. 14279
   kstegall@littler.com
3  LITTLER MENDELSON, P.C.
   3960 Howard Hughes Parkway
4  Suite 300
   Las Vegas, Nevada  89169.5937
5  Telephone:    702.862.8800
   Fax No.:      702.862.8811
6
7  Attorneys for Defendant
   COX COMMUNICATIONS LAS VEGAS INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GLORIA ANDERSON, an individual, | Case No. 2:22-cv-00838-CDS-NJK |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME FOR THE PARTIES TO FILE DISMISSAL DOCUMENTS** |
| v. | |
| COX COMMUNICATIONS LAS VEGAS, INC., a foreign corporation; DOES I through X; and ROE Corporations XI through XX, inclusive, | **[FIRST REQUEST]** |
| Defendants. | |

Defendant COX COMMUNICATIONS LAS VEGAS INC. ("Cox" or "Defendant"), and Plaintiff GLORIA ANDERSON ("Anderson" or "Plaintiff"), by and through their attorneys of record, hereby stipulate and agree to extend the time to file the dismissal documents currently set for October 17, 2022, (ECF No. 15).

The parties are in the final stages of finalizing settlement terms.  Because of this, the parties require an extension of time beyond the original October 17, 2022 deadline to do so.

The parties have been diligently working to finalize the settlement agreement, and they are confident that it will be fully executed shortly. Accordingly, the parties request a 30-day extension from the Court's October 17, 2022 deadline (*see* ECF No. 15), to allow for the finalization of the settlement agreement and compliance with its terms, followed by the filing of the dismissal paperwork.

1  The parties therefore respectfully request the deadline to file the dismissal paperwork be extended to

2  **November 16, 2022.**

3      This request is made in good faith and not for the purpose of delay.

Dated: October 13, 2022

Dated:  October 13, 2022

GABROY / MESSER

LITTLER MENDELSON P.C.

*/s/ Christian Gabroy*
Christian Gabroy, Esq. (#8805)
Kaine Messer, Esq. (#14240)
The District at Green Valley Ranch
170 South Green Valley Parkway, #280
Henderson, NV 89012
T: 702.259.7777
F: 702.259.7704
christian@gabroy.com
kmesser@gabroy.com

Attorneys for Plaintiff
GLORIA ANDERSON

*/s/ Kelsey E. Stegall*
Z. Kathryn Branson (#11540)
Kelsey E. Stegall (#14279)
3960 Howard Hughes Parkway, #300
Las Vegas, NV 89169
T: 702.862.8800
F: 702.862.8811
kbranson@littler.com
kstegall@littler.com

Attorneys for Defendant
COX COMMUNICATIONS LAS VEGAS INC.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 10-14-2022

4863-6963-4360.1 / 111727-1012