Z. Kathryn Branson, Bar No. 11540
kbranson@littler.com
Kelsey E. Stegall, Bar No. 14279
kstegall@littler.com
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada  89169.5937
Telephone:    702.862.8800
Fax No.:         702.862.8811

Attorneys for Defendant
COX COMMUNICATIONS LAS VEGAS, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GLORIA ANDERSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS LAS VEGAS, INC., a foreign corporation; DOES I through X; and ROE Corporations XI through XX, inclusive,<br><br>Defendants. | Case No. 2:22-cv-00838-CDS-NJK<br><br>STIPULATION AND ORDER TO DISMISS ACTION WITH PREJUDICE |

Plaintiff GLORIA ANDERSON ("Plaintiff") and Defendant COX COMMUNICATIONS LAS VEGAS, INC. ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree to the dismissal of this action in its entirety, with prejudice, with each party to bear its own costs and attorneys' fees.

The parties agree that neither party shall be deemed to be a prevailing party in this action and

/ / /

/ / /

that neither party will file for an award of attorneys' fees or costs pursuant to any rule, statute, or law, whether local, state, or federal, in any forum that would be available.

Dated: November 16, 2022                                   Dated: November 16, 2022

GABROY MESSER                                              LITTLER MENDELSON P.C.

/s/ *Christian Gabroy*
Christian Gabroy, Esq. (#8805)                             Z. Kathryn Branson (#11540)
Kaine Messer, Esq. (#14240)                                Kelsey E. Stegall (#14279)
The District at Green Valley Ranch                         3960 Howard Hughes Parkway, #300
170 South Green Valley Parkway, #280                       Las Vegas, NV 89169
Henderson, NV 89012                                        T: 702.862.8800
T: 702.259.7777                                            F: 702.862.8811
F: 702.259.7704                                            kbranson@littler.com
christian@gabroy.com                                       kstegall@littler.com
kmesser@gabroy.com

Attorneys for Plaintiff                                    Attorneys for Defendant
GLORIA ANDERSON                                            COX COMMUNICATIONS LAS VEGAS
                                                           INC.

                                                           IT IS SO ORDERED:

                                                           _____
                                                           UNITED STATES DISTRICT JUDGE

                                                           DATED:  November 18, 2022